USDC SCAN INDEX SHEET











USA

MASON

MEG    5/8/98    13:33

3:98-M -01161

*4*

*CRMO.*

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Crim. No._____

U.S.A. vs **Mason**_____ ( 1)_____**Moore**_____ ( 2)No._____**98MG1161**_____

_____**Escalon**_____ ( 3)_____**Velasco**_____ ( 4)_____ ( )

__X_Present __X_In Custody ____On Bond ____O/R ____Probation ____N/A ____NTA ____Surrender

Magistrate Judge:_____**ANTHONY J. BATTAGLIA**____Ctrm Deputy____**Y. MADUENO**_____

Tape Number:_**AJB98-01: 642-1011**_____

Asst U.S. Atty_____**Natalie Villaflor**_____ PTSO/USPO:_____

Attorney:_____**(n/a)-Ezekiel Cortez**_____for ( 1 )_**X**_Apptd ____Rtnd

_____**Casey Donovan**_____for ( 2) _**X**_Apptd ____Rtnd

___**(s/a for#01)-Thomas Sims**_____for ( 3 )_**X**_Apptd ____Rtnd

_____**(n/a)-Coleen Cusack**_____for ( 4 )_**X**_Apptd ____Rtnd

___**(s/a for#04)-Kristin Churchill**_____for ( 4 ) ____Apptd ____Rtnd

_____Apptd for Material Witness(es)

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

DOA/NTA/SURR:_____ 1st Appearance:_____ in San Diego

___Defendant(s) arraigned on ___Complaint ___Out of District Complaint ___Citation

___Indictment/Information (Superseding)

___Order to Show Cause re Pretrial Release/Supervised Release/Probation Violation

___Waiver of Indictment filed ___Superseding Information filed

___Arraignment & Plea: ___Not guilty Counts_ALL_____ ___Guilty Counts_____

___Juvenile Delinquency Counts _____ ___Denies ___Admits ___Declaration filed

___Defendant(s) states True Name to be:_____

___Defendant(s) not appearing, on oral motion of Govt bond forfeited/bench warrant issued

___Bail on the bench warrant set at_$_____Personal/Cash/Corporate Surety

___Issuance of bench warrant stayed until_____at_____a.m./p.m.

___Bench Warrant recalled - Issued Abstract to U.S. Marshal ___Never issued

___Bail: ___Set at_$_____Personal/Cash/Corporate Surety

    ___Defendant(s) released on own recognizance

    ___Defendant(s) held pursuant to 18 USC 3142(d), not to exceed 10 days

    ___Order(s) re Conditions of Pretrial Release Filed (See order for conditions)

    ___Review: ___Affirmed at_$_____Personal/Cash/Corporate Surety

      ___Modified to_$_____Personal/Cash/Corporate Surety

    ___Material Witness(es) set at $1,000 Personal Surety + 10% cash deposit

    ___Material Witness(es) ordered released ___Issued abstract to U.S. Marshal

___Govt orally moves for detention; Hearing set for_____at_____a.m./p.m.

___Detention Hearing held; Motion to detain - granted/denied (see bail above)

___Govt to prepare order re detention by_____ (risk of flight/danger)

___Detention Hearing not held (see bail above)

___Bond: ___Exonerated ___Reinstated ___Revoked ___Forfeited ___Forfeiture set aside

___Case assigned to Judge:_____

**(As to Defts #2 & #4)**

_X_Case continued to:_**05-06-98  at 10:30 a.m.-(#04) & 1:30 p.m.-(#02)**__ for:

   ___Preliminary Examination - Time Waived    ___Motion Setting/Trial Setting

   ___Further Proceedings/Status    ___Hearing Motions/Trial Setting

   ___Identity/Removal Hearing    ___Disposition

   ___Psychiatric Examination/Status    _X_Other_**Detention Hearing**_____

   ___Hearing Order to Show Cause re Pretrial Release/Supervised Release/Probation Viol.

   ___Hearing Presentence Report/Sentencing ___Referred to Probation Department

___Excludable time begins pursuant to ___XT1((8)(B)(I)) ___XA((1)(A)) ___XF((1)(G))

_X_Other **As to defts #1 & #3 - Defendants stipulate to detention/bail hrg. without prejudice to further hearing. Court to prepare orders.**

DATE___**05-04-98**_____        _____

Form M/O-15a                    Deputy's Initials